JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM BERRY,<br><br>    Plaintiff,<br><br>v.<br><br>EDISON WHEELER, an individual, and DOES 1-10,<br><br>    Defendants. | Case No. CV 20-01052-AB (RAOx)<br><br>**ORDER DISMISSING CIVIL ACTION** |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **60 days,** to re-open the action if settlement is not consummated.

//

//

1.

1    This Court retains full jurisdiction over this action and this Order shall not
2 prejudice any party to this action.

Dated: August 17, 2020        _____
                              ANDRÉ BIROTTE JR.
                              UNITED STATES DISTRICT JUDGE

2.