1
2
3
4
5
6
7
8
## UNITED STATES DISTRICT COURT
9
## CENTRAL DISTRICT OF CALIFORNIA
10
11
12
William Berry,

              Plaintiff,

      v.

Edison Wheeler, as an Individual; and Does
1-10,

             Defendants.

Case No.: 2:20-cv-01052-AB-RAO

*Hon. André Birotte, Jr.*

**[PROPOSED] ORDER FOR DISMISSAL
WITH PREJUDICE**

Action Filed:  January 31, 2020
Trial Date:     Not on Calendar

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1

1    Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before
2 it, and being fully advised finds as follows:
3    **IT IS ORDERED THAT:**
4    Plaintiff William Berry's action against Defendant Edison Wheeler is
5 **DISMISSED**, in its entirety, with prejudice.  Each party will be responsible for their own
6 fees and costs.

Dated:  <u>December 22, 2020</u>

_____
Hon. André Birotte, Jr
United States District Judge
Central District of California

[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE